**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Demetrius Shawndale RUDISILL, a/k/a
Cat, Defendant—Appellant.**

**No. 12–6132.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Demetrius Shawndale Rudisill, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Shawndale Rudisill appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Rudisill,* 3:05–cr–00390–RJC–5 (W.D.N.C. Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*